IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  JFM 02 CV 3982 |
| | ) | |
| | ) | |
| **BILL McCALL,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## LINE

WILL THE CLERK please issue an Alias Summons in the above-captioned matter.  The original summons was sent on December 13, 2002, via certified mail, return receipt requested and postage prepaid, to defendant pursuant to applicable rules for service.  Plaintiff has not received either the return receipt or the returned envelope.  Plaintiff is informed through attempts to track the letter that the U.S. Postal Service was, for unexplained reasons, unable to deliver the envelope and unable to return the envelope to the sender.

Respectfully submitted,

_____
Amy S. Owen (07772)
Edward J. Efkeman (15613)
Richards, McGettigan, Reilly & West, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
Phone: (703) 549-5353
Fax: (703) 683-2941

Counsel for Federal Express Corporation