


| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| 1. Article Addressed to:<br><br>Bill M McCall<br>P ▓▓▓▓▓▓▓▓<br>Co▓▓▓▓▓▓▓▓ | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☒ Yes | |
| 2. Article Number (Transfer from se...) | 7002 2030 0001 4337 4947 | |
| PS Form 3811, March 2001 | Domestic Return Receipt | 102595-01-M-1424 |

FIRST CLASS MAIL

FIRST CLASS MAIL