## Edward Efkeman

**From:** Bill McCall [billmccall99@yahoo.com]
**Sent:** Thursday, June 19, 2003 7:20 PM
**To:** Edward Efkeman
**Subject:** Re: fedexcom.com

Dear Mr. Efkeman,

Unfortunately I am on holiday in the West Indies. I will be happy to cooperate (again) when I return to the United States on August 5, 2003. Since I have not heard a word from FedEx for several months regarding this matter I am sure that you can wait a few more weeks.

Just out of curiosity, why the lawsuit? I have made every effort to comply with your requests in the past. The domain expires October 22, 2003 and I assure you I will not renew. In any case there is an arbitration board that decides these issues. All you have to do is file, and here's the best part, you don't even need my cooperation. If you win, and I'm confident you will, the domain is automatically transferred to FedEx.

Bill McCall

*Edward Efkeman <eefkeman@rmrwlaw.com>* wrote:

> Dear Mr. McCall:
> Amy Owen and I have been retained by FedEx to recover the domain
> name fedexcom.com. FedEx must continually protect its trade name from
> unauthorized use, and that includes its use in registered domain names,
> whether the websites are active or not. Despite what you may believe, FedEx
> does not want to spend unnecessary time and expense in matters such as this
> one, but it must in order to maintain a consistent policy.
> We have filed a lawsuit in Maryland to have the domain name
> fedexcom.com transferred to FedEx. Rather than proceed with the full-blown
> litigation, however, I am requesting that you cooperate with us to transfer
> the name voluntarily. Let me know by email. If acceptable, I can email you
> a transfer agreement with our side completed, and you can sign it and send
> it back to me, or I can mail you one and you can sign it and send it to
> Register.com. We'll need confirmation that Register.com received it, of
> course.
> I need to know by next Friday, because we have additional steps with
> the court that we will need to take to proceed with the lawsuit. Again, we
> would rather get this matter done quickly with your help.
> I look forward to hearing from you. Please reply by email to both
> Amy Owen and me so that we can get back to you promptly. If you prefer, you
> may call us at the number below.
>
> Edward J. Efkeman
> Richards McGettigan Reilly & West, P.C.
> 225 Reinekers Lane, Suite 700
> Alexandria, Virginia 22314-2822
> 703-549-5353  703-683-2941(fax)

7/30/2003