**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.  JFM 02 CV 3982** |
| | ) | |
| | ) | |
| **BILL McCALL,** | ) | |
| **P.O. Box 3815** | ) | |
| **Crofton, Maryland  21114** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER OF PUBLICATION**

A complaint has been filed in the United States District Court for the District of Maryland by plaintiff Federal Express Corporation against defendant Bill McCall alleging violations of the Lanham Act (15 U.S.C. § 1051 et seq.), including the Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)(1)(A) and unfair competition under state and federal law for the use of the domain name "fedexcom.com."

It is ORDERED that the foregoing portion of this Order be published once a week for three successive weeks in The Washington Post, a newspaper of general circulation, and that it be posted at the front door of the _____ courthouse, and that a copy it be mailed to the defendant at the address listed above.

ENTERED this _____ day of ____, 2003.

_____
UNITED STATES DISTRICT JUDGE