IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **FEDERAL EXPRESS CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.  JFM 02 CV 3982 |
| ) | |
| ) | |
| **BILL McCALL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

Please note the appearance of the following as additional counsel of record for plaintiff

Federal Express Corporation:

    Edward J. Efkeman, Bar No. 15613
    Richards, McGettigan, Reilly & West, P.C.
    225 Reinekers Lane, Suite 700
    Alexandria, Virginia  22314
    Phone: (703) 549-5353
    Fax: (703) 683-2941


Respectfully submitted,


      /s/ Edward J. Efkeman
Amy S. Owen (07772)
Edward J. Efkeman (15613)
Richards, McGettigan, Reilly & West, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
Phone: (703) 549-5353
Fax: (703) 683-2941

Counsel for Federal Express Corporation