IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. JFM 02 CV 3982 |
| | ) | |
| **BILL McCALL,** | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff Federal Express Corporation requests that the Clerk enter a default against Bill McCall. McCall was served pursuant to the Court's Order by Publication dated August 18, 2003. The Order by Publication appeared in the Washington Post on August 29, September 5, and September 12, 2003. A response was due on or before October 2, 2003. To date, no response has been filed.

Respectfully submitted,

_____/s/ Amy S. Owen_____
Amy S. Owen (07772)
Edward J. Efkeman (15613)
Richards, McGettigan, Reilly & West, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Phone: (703) 549-5353
Fax: (703) 683-2941

Counsel for Federal Express Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Entry of Default was served by e-mail and first-class mail, postage pre-paid, this 31st day of October, 2003, upon:

Bill McCall
P.O. Box 3815
Crofton, Maryland 21114

                                    /s/ Amy S. Owen
                              Amy S. Owen