IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>BILL McCALL,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. JFM 02 CV 3982<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF AMY S. OWEN**
**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Amy S. Owen, counsel of record for Federal Express Corporation ("FedEx"), hereby state and affirm under oath the following facts are true and accurate to the best of my knowledge and belief.

1. FedEx filed the Complaint on December 10, 2002.

2. Service was attempted unsuccessfully by registered mail on defendant Bill McCall ("McCall").

3. Upon Plaintiff's motion, the Court issued an Order by Publication on August 18, 2003.

4. The Order was mailed to Bill McCall, P.O. Box 3815, Crofton, Maryland 21114, on August 22, 2003, via certified mail, return receipt requested, and regular first-class mail, postage pre-paid.

5. The Order by Publication was printed in the Washington Post on August 29, September 5 and September 12, 2003.

6. Defendant has filed no responsive pleadings to date.

7. McCall is not in the military service of the United States, is not in the military service of any nation allied with the United States, has not been ordered to report for induction under the Selective Training of Service Act of 1940 as amended, and is not a member of the enlisted reserve corps who have been ordered to report to military service.

/s/ Amy S. Owen
Amy S. Owen
Maryland Bar No. 07772

CITY OF ALEXANDRIA
COMMONWEALTH OF VIRGINIA TO WIT:

Amy S. Owen appeared personally before me this 31st day of October 2003 and swore to the truth of the foregoing.

/s/ Dawn M. Hitchcock
Notary Public
My com. exp.: 8/31/2007