IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  JFM 02 CV 3982** |
| | ) | |
| | ) | |
| **BILL McCALL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## MOTION FOR JUDGMENT BY DEFAULT

Plaintiff Federal Express Corporation ("FedEx") hereby moves, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for a judgment by default against defendant Bill McCall ("McCall") declaring rights of FedEx to FEDEXCOM.COM and entering injunctive relief in its favor.  As grounds for this motion, FedEx states as follows:

1.      This is an action to enforce a claim to the domain name FEDEXCOM.COM and to the use of the FedEx Marks as set forth in the Complaint.

2.      McCall's registration and use of FEDEXCOM.COM violates the rights of FedEx under Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

3.      McCall was served by publication as follows:

a)  Upon Plaintiff's motion, an Order of Publication was entered on August 18, 2003;

b)  The Order was mailed to Bill McCall, P.O. Box 3815, Crofton, Maryland 21114, on August 22, 2003, via certified mail, return receipt requested, and regular first-class mail, postage pre-paid;

c)  The certified mailing was unclaimed, and was returned on September 9, 2003;

d)  The Order was emailed to Mr. McCall on August 22, 2003.

e)  The Order was printed in The Washington Post on August 29, September 5 and September 12, 2003;

4.      Because McCall has failed to appear or plead, and since his actions have clearly infringed the rights of FedEx to FEDEXCOM.COM and its Marks, judgment by default should be entered declaring that McCall has violated Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d), ordering that the registration for FEDEXCOM.COM be transferred to plaintiff Federal Express Corporation, awarding FedEx statutory damages pursuant to 15 U.S.C. § 1117(d), and awarding FedEx $6,000 for its costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

This Motion is based on the pleadings and papers on file in this action, the accompanying Memorandum in Support of Motion, and the Affidavit of Amy Owen.

Respectfully submitted,

_____/s/ Amy S. Owen_____
Amy S. Owen (07772)
Edward J. Efkeman (15613)
Richards, McGettigan, Reilly & West, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
Phone: (703) 549-5353
Fax: (703) 683-2941

Counsel for Federal Express Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Judgment by Default was served by e-mail and first-class mail, postage pre-paid, this 31st day of October, 2003, upon:

Bill McCall
P.O. Box 3815
Crofton, Maryland 21114


_____/s/ Amy S. Owen_____
Amy S. Owen