IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| FEDERAL EXPRESS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. JFM 02 CV 3982 |
| | ) | |
| | ) | |
| BILL McCALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF AMY S. OWEN
IN SUPPORT OF MOTION FOR JUDGMENT BY DEFAULT**

I, Amy S. Owen, being duly sworn, hereby state the following:

1. I am a member of the bar of the state of Maryland and the United States District Court for the District of Maryland and I am counsel of record for plaintiff Federal Express Corporation; I am over the age of twenty-one; and I have personal knowledge of the information set forth below.

2. Attached as Exhibit 1 is a copy of the "Whois" information page for FEDEXCOM.COM printed on October 23, 2003, from GoDaddy's website accessed through <www.godaddy.com>.

3. Attached as Exhibit 2 is a copy of the "Sex Spy" page from defendant Bill McCall's website located at <www.fedexcom.com> printed on November 26, 2002.

4. Attached as Exhibit 3 are copies of the letter sent via email, registered mail and the internet by William J. Brown, Esq., in-house counsel to FedEx, to defendant Bill McCall on November 22, 2002.

5.  Attached as Exhibit 4 is the e-mail correspondence between Mr. Brown and Mr. McCall.

6.  On August 22, 2003, I e-mailed a copy of the Order of Publication to Mr. McCall.

7.  Attached as Exhibit 5 is the proof of publication verifying the appearance of the Order of Publication in the Washington Post on August 29, September 5, and September 12, 2003.

8.  Attached as Exhibit 6 is a copy of the current error message of the FEDEXCOM.COM webpage, printed on October 30, 2003, and located at <www.fedexcom.com>. Upon information and belief, the content of the website has not been removed and the access restriction may be lifted at any time.

9.  McCall is not in the military service of the United States, is not in the military service of any nation allied with the United States, has not been ordered to report for induction under the Selective Training of Service Act of 1940 as amended, and is not a member of the enlisted reserve corps who have been ordered to report to military service.

10. FedEx has incurred legal fees in excess of $3500 and costs of $2500 including the fee for the Order of Publication.

/s/ Amy S. Owen
Amy S. Owen
Maryland Bar No. 07772

CITY OF ALEXANDRIA
COMMONWEALTH OF VIRGINIA TO WIT:

Amy S. Owen appeared personally before me this 31st day of October 2003 and swore to the truth of the foregoing.

/s/ Dawn M. Hitchcock
Notary Public
My com. exp.: 8/31/2007