# EXHIBIT 1








COOL NAME. HOT PRICES.®    FAST 500

| HOME | DOMAIN NAMES | WEB SITE HOSTING | EMAIL ACCOUNTS | CREATE A WEB SITE | DRIVE WEB SITE TRAFFIC | BACKORDER DOMAINS | ECOMMERCE SOLUTIONS | INTERNET UTILITIES | C PR |

My Account  -  Help  -  24/7 Customer Service  -  Reseller Program  -  Company Info    Go To: -- Main Site ---

**WHOIS Database Search**

## WHOIS Search Results for: FEDEXCOM.COM

**This domain is NOT Available**
However, you can backorder this domain for just $18.95.

**BACKORDER NOW**

**Enter another domain to check.**

www.  FEDEXCOM    .com

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior writte
permission of Go Daddy Software, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.
Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.
Registrant:
    Bill McCall
    P.O. Box 3815
    Crofton, Maryland 21114
    United States
    Registered through: GoDaddy.com
    Domain Name: FEDEXCOM.COM
        Created on: 22-Oct-02
        Expires on: 22-Oct-03
        Last Updated on: 22-Oct-02
    Administrative Contact:
        McCall, Bill  support@loveshove.com
        P.O. Box 3815
        Crofton, Maryland 21114
        United States
        (240) 345-6789      Fax -- (240) 345-6789
    Technical Contact:
        McCall, Bill  support@loveshove.com
        P.O. Box 3815
        Crofton, Maryland 21114
        United States
        (240) 345-6789      Fax -- (240) 345-6789
    Domain servers in listed order:
        NS1.CYBERSTUDIOSNAMESERVER.COM

NS2.CYBERSTUDIOSNAMESERVER.COM

**This domain is NOT Available**
However, you can <u>backorder</u> this domain for just $18.95.

**BACKORDER NOW**

Home  |  Catalog  |  Shopping Cart  |  Account Info  |  Customer Login  |  FAQ  |  Support  |  Reseller Program  |  Whois
Company Info  |  President's Page  |  Legal Agreements

Copyright © 2003 Go Daddy Software, Inc. All rights reserved.




# EXHIBIT 2

fedexcom



REDAREDACTED



No thanks, take me to some more sites!

This site is not affiliated with FedEx or its subsidiaries, products or services in any way.

fedexcom



No thanks, take me to some more sites!

This site is not affiliated with FedEx or its subsidiaries, products or services in any way.

# EXHIBIT 3

**Via E-mail to support@loveshove.com**
**with Confirmation via Registered U.S. Mail**

November 22, 2002

Mr. Bill McCall
P.O. Box 3815
Crofton, MD  21114

**RE:    Service Mark Infringement, Dilution and Tarnishment**
**FEC File: 39-2641-778**

Dear Mr. McCall:

Federal Express Corporation has learned that you are using the URL "fedexcom.com" as the address for a web site containing pornographic materials.

Federal Express Corporation owns the registered service mark "FEDEX".  Your use of "fedexcom.com" in association with this site is likely to dilute the FEDEX mark and tarnish the image of Federal Express as represented by its mark.  Your use of "wwwfedex.com" clearly indicates your intent to use the goodwill symbolized by the "FEDEX" mark to gain increased traffic to your site.  Such use constitutes service mark infringement, dilution and tarnishment, and exposes you, and all persons in the distribution chain for your site, to a civil action for compensatory and punitive damages and injunctive relief.

Federal Express demands that you immediately cease all use of "fedexcom.com", and any other terms similar to any Federal Express trademarks or service marks in your activities.  You should confirm your agreement to this demand within five days of the date of this letter, after which we will send a formal settlement agreement setting out the full terms and conditions of settlement, including transferring the registration for "fedexcom.com" to Federal Express.  Federal Express reserves all rights, causes of action, and remedies it may have in this matter.

Very truly yours,
**FEDEX CORPORATION**

William J. Brown
Attorney
(901) 434-8360
FAX: (901) 434-9256

WJB/ajb/459048

L.       ating and
Intellectual Property
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Telephone 901.434.8600
Fax 901.434.9256



Corporation

**Via Registered U.S. Mail**

November 22, 2002

Mr. Bill McCall
P.O. Box 3815
Crofton, MD 21114

RE:    **Service Mark Infringement, Dilution and Tarnishment**
       **FEC File: 39-2641-778**

Dear Mr. McCall:

Federal Express Corporation has learned that you are using the URL "fedexcom.com" as the address for a web site containing pornographic materials.

Federal Express Corporation owns the registered service mark "FEDEX". Your use of "fedexcom.com" in association with this site is likely to dilute the FEDEX mark and tarnish the image of Federal Express as represented by its mark. Your use of "wwwfedex.com" clearly indicates your intent to use the goodwill symbolized by the "FEDEX" mark to gain increased traffic to your site. Such use constitutes service mark infringement, dilution and tarnishment, and exposes you, and all persons in the distribution chain for your site, to a civil action for compensatory and punitive damages and injunctive relief.

Federal Express demands that you immediately cease all use of "fedexcom.com", and any other terms similar to any Federal Express trademarks or service marks in your activities. You should confirm your agreement to this demand within five days of the date of this letter, after which we will send a formal settlement agreement setting out the full terms and conditions of settlement, including transferring the registration for "fedexcom.com" to Federal Express. Federal Express reserves all rights, causes of action, and remedies it may have in this matter.

Very truly yours,
**FEDEX CORPORATION**

William J. Brown
Attorney
(901) 434-8360
FAX: (901) 434-9256

WJB/ajb/459048

Legal – Marketing and
Intellectual Property
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Telephone 901.434.8600
Fax 901.434.9256



**Via Internet (support@loveshove.com)**

November 22, 2002

Mr. Bill McCall
P.O. Box 3815
Crofton, MD 21114

RE:     **Service Mark Infringement, Dilution and Tarnishment**
        **FEC File: 39-2641-778**

Dear Mr. McCall:

Federal Express Corporation has learned that you are using the URL "fedexcom.com" as the address for a web site containing pornographic materials.

Federal Express Corporation owns the registered service mark "FEDEX". Your use of "fedexcom.com" in association with this site is likely to dilute the FEDEX mark and tarnish the image of Federal Express as represented by its mark. Your use of "wwwfedex.com" clearly indicates your intent to use the goodwill symbolized by the "FEDEX" mark to gain increased traffic to your site. Such use constitutes service mark infringement, dilution and tarnishment, and exposes you, and all persons in the distribution chain for your site, to a civil action for compensatory and punitive damages and injunctive relief.

Federal Express demands that you immediately cease all use of "fedexcom.com", and any other terms similar to any Federal Express trademarks or service marks in your activities. You should confirm your agreement to this demand within five days of the date of this letter, after which we will send a formal settlement agreement setting out the full terms and conditions of settlement, including transferring the registration for "fedexcom.com" to Federal Express. Federal Express reserves all rights, causes of action, and remedies it may have in this matter.

Very truly yours,
**FEDEX CORPORATION**

W. J. Brown

William J. Brown
Attorney
(901) 434-8360
FAX: (901) 434-9256

WJB/ajb/459070-1

# EXHIBIT 4

## Edward Efkeman

**From:**   Ross, Robert R. [rrross@fedex.com]
**Sent:**   Monday, December 09, 2002 3:13 PM
**To:**     Edward Efkeman (E-mail); Amy Owen (E-mail)
**Subject:** FW: FW: FW: FW: fedexcom.com

**From:** Bill McCall [mailto:billmccall99@yahoo.com]
**Sent:** Tuesday, December 03, 2002 5:44 PM
**To:** dns-legal
**Subject:** Re: FW: FW: FW: fedexcom.com

Mr. Brown,

I believe $1,500 is a fair price. Please mail the check and transfer agreement regular post to my P.O. Box (I'm in no hurry). Please leave the "check payable to" blank. I'll fill it in myself.

Bill McCall

*dns-legal <dns-legal@legal.fedex.com> wrote:*

> Mr. McCall,
>
> How much are you offering to sell the domain name for?  If we arrive at a fair price, I will send a hardcopy of a transfer agreement to you via FedEx.  Please provide your address, as FedEx cannot deliver to PO Box addresses.
>
> Regards,
>
> Bill Brown
> Attorney, FedEx Corporation
> -----Original Message-----
> **From:** Wallace, Tina C.
> **Sent:** Monday, December 02, 2002 9:28 AM
> **To:** Bill Brown
> **Subject:** FW: FW: FW: fedexcom.com
>
>
> -----Original Message-----
> **From:** Bill McCall [mailto:billmccall99@yahoo.com]
> **Sent:** Wednesday, November 27, 2002 6:33 PM
> **To:** dns-legal
> **Subject:** Re: FW: FW: fedexcom.com
>
> Mr. Brown,
>
> I have an investment in that domain name and will not transfer ownership based on your interpretation of 15 USC section 1125 (c), from the Anticybersquatting Consumer Protection Act. If you'd care to discuss the purchase of fedexcom.com please do not hesitate to contact me, otherwise, do what you have to do.
>
> Bill McCall
>
> BTW, you seem to be under the impression that I received a transfer agreement from you...I have not.

12/9/2002

*dns-legal <dns-legal@legal.fedex.com>* wrote:

Mr. McCall,

Thank you for your agreement to cease all use of fedexcom.com, but FedEx continues to demand that you
also execute a Transfer Agreement relinquishing ownership of the domain name to FedEx. All State and
Federal trademark laws, through statute or common law, include provisions for remedies to make the
infringed party whole. The available remedies take many forms, including compensation for damages,
attorneys fees, and injunction to stop use. They may not specifically say "you must transfer ownership to
the trademark owner", but, for example, if you reference 15 USC section 1125 (c), from the
Anticybersquatting Consumer Protection Act, the remedies include an injunction against use and this is
generally understood to require relinquishment of the registration in order to ensure the infringing party will
no longer be able to continue in this manner. I can assure you ! ! that any court or dispute resolution
proceeding that finds for FedEx, and they will, will order you to sign control of the domain name over to
FedEx.

You can save yourself a lot of time and trouble by complying with this request. FedEx will even pay the cost
of the transfer. I trust you have now received the transfer agreement that I sent as an email attachment on
November 26, 2002. I will be in the office Friday, November 29 and expecting to receive acknowledgment
that you are returning the executed transfer agreement.

Regards,

Bill Brown
Attorney, FedEx Corporation

-----Original Message-----
**From:** Brophy, Angela J.
**Sent:** Tuesday, November 26, 2002 3:02 PM
**To:** Brown, Bill
**Subject:** FW: FW: fedexcom.com


-----Original Message-----
**From:** Bill McCall [mailto:billmccall99@yahoo.com]
**Sent:** Tuesday, November 26, 2002 2:30 PM
**To:** dns-legal
**Subject:** Re: FW: fedexcom.com

Mr. Brown,

I will cease all use of fedexcom.com. However, I cannot find a trademark statue requiring transfer of
ownership to FedEx.

Bill McCall

BTW, there was no attachment with your e-mail.

*dns-legal <dns-legal@legal.fedex.com>* wrote:

Dear Mr. McCall,

My previous reference to a transfer agreement was in error. Attached for your convenience is a
Transfer Agreement prepared for your signature. It is the standard transfer agreement provided by
Register.com. As previously requested, please execute this agreement, have it notarized and then
return to my attention by the close of business on November 29, 2002.

12/9/2002

Sincerely,

William J. Brown
Attorney, FedEx Corporation

-----Original Message-----
**From:** dns-legal
**Sent:** Tuesday, November 26, 2002 10:56 AM
**To:** 'billmccall99@yahoo.com'
**Subject:** FW: fedexcom.com
**Importance:** High

Dear Mr. McCall:

In response to your attached email dated November 22, 2002, this email is to inform you that there is absolutely no acceptable disclaimer you could possibly include on this website that would satisfy FedEx or the State/Federal trademark infringement laws.

I reiterate the previous demand in our letter to you dated November 22, 2002 that you immediately cease all use of "fedexcom.com" and any other terms similar to any FedEx trademarks or service marks in your activities and agree to transfer ownership of the subject domain name to FedEx.  If we do not receive the executed Transfer Agreement included with our email to you dated November 22, 2002 by the close of business on November 29, 2002, we will be forced to seek immediate legal action against you.

Please note that your actions and any reluctance to cooperate in this matter may subject you to substantial liability for damages and fees should FedEx be forced to resort to litigation to resolve this.

Sincerely,

William J. Brown
Attorney, FedEx Corporation

-----Original Message-----
**From:** Wallace, Tina C.
**Sent:** Tuesday, November 26, 2002 10:25 AM
**To:** Bill Brown
**Subject:** FW: fedexcom.com


-----Original Message-----
**From:** Bill McCall [mailto:billmccall99@yahoo.com]
**Sent:** Friday, November 22, 2002 6:47 PM
**To:** dns-legal
**Subject:** fedexcom.com

Mr. Brown,

I received your letter regarding fedexcom.com. I placed a disclaimer  at the bottom of the site that reads "This site is not affiliated with FedEx or its subsidiaries, products or services in any way." I'm sure that this will alert surfers to the fact that FedEx has nothing to do with fedexcom.com. If this notice does not meet your satisfaction please e-mail verbiage that you would have me use instead and I will add it to the site.

Bill McCall

12/9/2002

# EXHIBIT 5

Ad # 160040   Name RICHARDS MCGETTIGAN REILLY &    Size 74 lines          M0069
Class  815'   PO # NOTICE Authorized by D. HITCHCOCK   Account 93280

PROOF OF PUBLICATION
The Washington Post

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Donna M. Banks well known to me to be Billing & Verification Assistant Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in
The Washington Post, a daily newspaper, upon the following dates at a cost of $2,353.20, and was circulated in the Washington metropolitan area.

Published 3 times. Dates: Aug 29, Sep 5 and 12, 2003
Account 93280

Witness my hand and official seal this 1ST day of October 20 03

My commission expires _____

GARLAND I. CHRISTMAS, JR.
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 06/30/2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)
FEDERAL EXPRESS CORPORATION,
Plaintiff,
v.
BILL MCCALL,
P.O. Box 3815
Crofton, Maryland 21114
Defendant.
)
)
)
)
)        Civil Action No. JFM 02 CV 3982
)
)
)
)
)
)

ORDER OF PUBLICATION
A complaint has been filed in the United States District Court for the District of Maryland by plaintiff Federal Express Corporation against defendant Bill McCall alleging violations of the Lanham Act (15 U.S.C. § 1051 et seq.), including the Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125 (d)(1)(A) and unfair competition under state and federal law for the use of the domain name ""fedexcom.com.""
It is ORDERED that the foregoing portion of this Order be published once a week for three successive weeks in The Washington Post, a newspaper of general circulation, and that a copy of it be mailed to the defendant at the address listed above and e-mailed to him at billmccall99@yahoo.com.
ENTERED this 1st day of August 2003.
/s/ J. Frederick Motz

M0070

2  Ad # 160040  Name RICHARDS MCGETTIGAN REILLY &      Size 74 lines
   Class  815'  PO # NOTICE Authorized by D. HITCHCOCK  Account 93280

UNITED STATES DISTRICT JUDGE

# EXHIBIT 6

# Forbidden

You don't have permission to access / on this server.

---

*Apache/1.3.22 Server at www.fedexcom.com Port 80*