IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
FEDERAL EXPRESS CORPORATION    *
              Plaintiff        *
         vs                    *      CIVIL NO. JFM-02-3982
BILL MCCALL                    *
              Defendant
```

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of <u>Plaintiff</u> that the summon and complaint were attempted to be properly served upon the above named defendant and that the Court ordered publication for three successive weeks beginning August 29, 2003 to and include September 12, 2003 for said defendant to plead or otherwise defend which expired on <u>October 2, 2003</u> and that said defendant have failed to plead or otherwise defend as directed in said summon and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is <u>ORDERED</u> that the default for want of answer or other defense by said plaintiff is entered this <u>4th</u> day of <u>November</u> 20<u>03</u> .

                    FELICIA CANNON, CLERK OF COURT

      By: _____/s/_____
           Martina West
           Deputy Clerk