IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

FEDERAL EXPRESS CORPORATION, )
)
Plaintiff, )
)
v. ) Civil Action No. JFM 02 CV 3982
)
)
BILL McCALL, )
P.O. Box 3815 )
Crofton, Maryland 21114 )
)
Defendant. )

## FINAL ORDER

Upon consideration of Federal Express Corporation's Motion for Default Judgment and the record in this case, the Court hereby finds as follows:

1. Defendant Bill McCall registered FEDEXCOM.COM because it was almost identical to Federal Express Corporation's domain name, FEDEX.COM and contained one of Federal Express Corporation's marks, FEDEX.

2. Defendant Bill McCall registered FEDEXCOM.COM with bad faith intent to profit from the FEDEX mark, as demonstrated by his lack of any affiliation with Federal Express Corporation, lack of any trademark or intellectual property rights in the mark FEDEXCOM.COM, attempts to divert users to a pornographic site if a typographical error occurs when attempting to go to the Federal Express website, use of a P.O. Box and possibly a ficticious name to avoid being contacted, and the presence of the domain name FEDEX in his domain name.

3. Defendant Bill McCall's registration and use of the website FEDEXCOM.COM was malicious, fraudulent, willful and deliberate as demonstrated by his decision to register the name for a pornographic website, refusing to cease his conduct and transfer the domain name, and by evading service of process.

Based on these findings, and the record provided it is hereby ORDERED as follows:

(a) Defendant Bill McCall has violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. Section 1125(d)(1) by registering and using the name FEDEXCOM.COM;

(b) the registration for FEDEXCOM.COM shall be transferred to plaintiff Federal Express Corporation;

(b) statutory damages shall be awarded to Federal Express Corporation against Bill McCall pursuant to 15 U.S.C. § 1117(d) in the amount of $250,000 ; and

(d) Federal Express Corporation shall be entitled to costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) in the amount of $6,000 .

ENTERED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

2